# *Law Offices*
# BUTING, WILLIAMS & STILLING, S.C.

Jerome F. Buting*
Kathleen B. Stilling

400 N. Executive Drive, Suite 205
Brookfield, Wisconsin 53005-6029
Telephone: (262) 821-0999
Facsimile: (262) 821-5599

*Also admitted to practice
 in the District of Columbia

Dudley A. Williams

6165 N. Green Bay Avenue
Glendale, Wisconsin 53209-3813
Telephone: (414) 247-8600
Facsimile: (414) 247-8655

October 7, 2014

William E. Callahan, Jr.
United States Magistrate Judge
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

      RE:    *Malibu Media, LLC v. John Doe*
              *Case No. 14-CV-923-JPS*

Dear Judge Callahan:

      I am writing to request an extension of time to file a reply to the *Plaintiff's Memorandum in Opposition to Defendant's Motion to Quash Subpoena*. The memorandum was filed last evening and I just saw it this morning on my way to the airport. I am going to be out of the country from today until October 24th. Therefore, I respectfully request an extension of time to file a reply on or before November 3rd.

      I was unable to contact opposing counsel prior to this request due to the timing of the filing and my flight. However, Attorney Schulz has been agreeable to similar requests on other matters and I would ask her to please contact the court if she has any objections to this request.

      I appreciate the court's consideration.

                                  Very truly yours,

                                  Jerome F. Buting

JFB:bas
cc:    Attorney Mary K. Schulz